IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cotton, Steve L

Printed: 11/13/07

Case Number: 07 B 07552
Judge: Hollis, Pamela S

Filed: 4/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 6,410.00 | 0.00 |
| 6. | Chase Home Finance | Secured | 36,537.26 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 1,669.80 | 0.00 |
| 8. | American Express Centurion | Unsecured | 6,117.20 | 0.00 |
| 9. | Nationwide Acceptance Corp | Unsecured | 942.37 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 729.08 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 1,162.91 | 0.00 |
| 12. | American Express | Unsecured | 5,924.55 | 0.00 |
| 13. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 14. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 15. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 18. | Pentagroup Financial, LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 59,493.17 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cotton, Steve L

Printed: 11/13/07

Case Number: 07 B 07552
Judge: Hollis, Pamela S
Filed: 4/26/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_